IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE CITY OF HOUSTON, TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:13-cv-02532 |
| | § | |
| XEROX STATE AND LOCAL | § | |
| SOLUTIONS, INC., a/k/a and f/k/a ACS | § | |
| STATE AND LOCAL SOLUTIONS, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff/Counter-Defendant City of Houston, Texas ("Houston") and Defendant/Counter-Plaintiff Xerox State and Local Solutions, Inc. ("Xerox) file this Joint Motion to Dismiss with Prejudice and respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Houston and Xerox hereby stipulate to the dismissal of any and all claims asserted between them with prejudice to refiling of same, and they request that the Court enter the Order of Dismissal submitted herewith dismissing all claims.  Houston and Xerox are to bear their own costs and fees.

WHEREFORE, Plaintiff/Counter-Defendant City of Houston, Texas and Defendant/Counter-Plaintiff Xerox State and Local Solutions, Inc. respectfully request that the Court enter the Order of Dismissal submitted herewith.

Respectfully submitted,

By: _/s/ David J. Beck_
David J. Beck
State Bar No. 00000070
Federal ID No. 16605
dbeck@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)
Attorney-in-Charge for Defendant

OF COUNSEL:
David W. Jones
State Bar No. 00790980
Federal ID No. 18206
djones@beckredden.com
Constance H. Pfeiffer
State Bar No. 24046627
Federal ID No. 582990
cpfeiffer@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

Michael W. Mengis
State Bar No. 13941040
B. Scott McBride
State Bar No. 24002554
Bradley K. Jones
State Bar No. 24060041
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 751-2600
(713) 751-1717 (Fax)

Attorneys for Defendant

Respectfully submitted,

By: _/s/ Geoffrey Harrison_
Geoffrey L. Harrison
Attorney-in-charge
gharrison@susmangodfrey.com
State Bar No. 00785947
S.D. Admissions No. 16690
Alex Kaplan
akaplan@susmangodfrey. com
State Bar No. 24046185
S.D. Admissions No. 602421
J. Hoke Peacock III
tpeacock@susmangodfrey.com
State Bar No. 15673980
S.D. Admissions No. 13529
Matthew Behncke
mbehncke@susmangodfrey.com
State Bar No. 24069355
S.D. Admissions No. 1121174
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77 002-5096
(713) 651-9366
(713) 654-6666 (Fax)
Attorneys for Plaintiff

OF COUNSEL:
Judith L. Ramsey
State Bar No. 16519550
Lisa A. Ketai
State Bar No. 11362400
CITY OF HOUSTON LEGAL
DEPARTMENT
900 Bagby Street, Fourth Floor
Houston, Texas 77002
(832) 393 -6491
(832) 393-6259 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 8th day of October, 2015.


/s/ *David J. Beck*
David J. Beck